Zachary M. Best, SBN 166035
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No.  3:19-cv-01925-JSC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| MENLO SERVICE, INC. dba MENLO PARK CHEVRON; JOHN CONWAY, Trustee of the REVOCABLE INTER VIVOS TRUST OF JOHN CONWAY, dated September 13, 2007; | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Menlo Service, Inc. dba Menlo Park Chevron; and John Conway, Trustee of the Revocable Inter Vivos Trust of John Conway, dated September 13, 2007, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 7, 2019                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Gerardo Hernandez

Dated: October 7, 2019                    HAYES SCOTT BONINO ELLINGSON
                                          GUSLANI SIMONSON & CLAUSE LLP


                                          */s/ Giuliana R. Ferrante*
                                          Giuliana R. Ferrante
                                          John S. Simonson
                                          Attorneys for Defendants,
                                          Menlo Service, Inc. dba Menlo Park Chevron; and John Conway, Trustee of the Revocable Inter Vivos Trust of John Conway, dated September 13, 2007


## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorneys for Plaintiff,
                                          Gerardo Hernandez

STIPULATION FOR DISMISSAL OF ENTIRE ACTION